# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOD WILLIAMS,<br><br>           Plaintiff,<br>   vs.<br><br>PROGRESS RAIL SERVICES CORPORATION,<br><br>       Defendants. | Case No. 1:13-cv-01902-AWI-JLT<br><br>**ORDER GRANTING STIPULATION TO CONTINUE THE INITIAL SCHEDULING CONFERENCE**<br><br>**(Doc. 6)** |

Pursuant to the above Stipulation between the Parties, and for good cause appearing, the Court **ORDERS**:

1.    The Initial Scheduling Conference currently set for March 7, 2014 is continued to **March 28, 2014 at 9:00 a.m.**;

2.    The Parties are required to meet and confer in advance of the Initial Scheduling Conference at least 20 days in advance of the scheduling conference;

3.    The Parties are required to file a Joint Initial Scheduling Conference Report at least one week in advance of the scheduling conference.

IT IS SO ORDERED.

Dated:   **January 21, 2014**            **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE