1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, BAKERSFIELD**

| | |
|---|---|
| TOD WILLIAMS on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>    Plaintiff,<br>  vs.<br><br>PROGRESS RAIL SERVICES CORPORATION, an Alabama corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 1:13-cv-01902-AWI-JLT<br><br>**ORDER GRANTING JOINT MOTION FOR REMAND PURSUANT TO STIPULATION** |

**ORDER**

The Court has read and considered the Parties' Joint Motion for Remand Pursuant to Stipulation.  For good cause showing, IT IS ORDERED that the motion is **GRANTED** and this action shall immediately be remanded to the Superior Court for the State of California, County of Kern.

IT IS SO ORDERED.

Dated:   March 27, 2014                              _____
                                                                   SENIOR  DISTRICT  JUDGE

1

1:13-cv-01902-AWI-JLT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

1:13-cv-01902-AWI-JLT